

## FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics*
*in Government Act of 1978*
*(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>HOEVELER, WILLIAM M. | 2. Court or Organization<br><br>U. S. DISTRICT COURT | 3. Date of Report<br><br>08/13/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>301 NORTH MIAMI AVENUE<br>9TH FLOOR<br>MIAMI, FLORIDA 33128 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | TRANSITION, INC. (NON-PROFIT REHABILITATION) |
| 2. BOARD OF CONTRIBUTORS | UNIVERSITY OF TEXAS, SCHOOL OF LAW "REVIEW OF LITIGATION' |
| 3. CO-TRUSTEE WITH NO. TRUST BANK | TRUST #1, DECLARATION OF TRUST, DATED 4\20\00 |
| 4. BOARD OF ADVISORS | UNIVERSITY OF MIAMI SCHOOL OF LAW CENTER FOR ETHICS AND PUBLIC SERVICE |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 AUG 18 A 11:37 FINANCIAL DISCLOSURE OFFICE

**Hoeveler, William M**

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 08/13/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | SELF EMPLOYED - PHYSICAL THERAPIST |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 08/13/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. .TRUST #1 | | | | | | | | | |
| 2. - C SH Microsoft | A | Dividend | J | T | Sold (part) | 4\17 | J | A | No. Trust Bank |
| 3. - No. Trust Money Market | B | Interest | K | T | | | | | |
| 4. - C SH Wells Fargo | A | Dividend | J | T | Sold (part) | 4\17 | J | | No. Trust Bank |
| 5. | | | | | Sold (part) | 10\13 | J | A | No. Trust Bank |
| 6. Checking Account - Bank of America, Coral Gables, FL | A | Interest | L | T | | | | | |
| 7. NOW Checking Account, No. Trust Bank, Miami, FL | A | Interest | J | T | | | | | |
| 8. - Corp. Bond units - Emerson Electric BD | B | Interest | L | T | | | | | |
| 9. - C SH GE Corp | A | Dividend | J | T | Buy (add'l) | 4\22 | J | | No. Trust Bank |
| 10. | | | | | Sold (part) | 7\22 | J | | No. Trust Bank |
| 11. | | | | | Sold (part) | 10\13 | J | | No. Trust Bank |
| 12. - C SH Target | A | Dividend | | | Sold | 7\18 | J | A | No. Trust Bank |
| 13. - C SH Cisco | | None | J | T | Sold (part) | 4\08 | J | A | No. Trust Bank |
| 14. - C Nokia | A | Dividend | | | Sold (part) | 4\17 | J | | No. Trust Bank |
| 15. | | | | | Sold | 10\07 | J | | |
| 16. - C SH Am. Int'l Group | A | Dividend | | | Sold | 5\17 | J | | No. Trust Bank |
| 17. US Gov't Obligation units - Fed Home LN BKS Pt VIII) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - C SH BP formerly Amoco (merger) (Pt. VIII) (Y) | | | | | | | | | |
| 19.  - C SH Chevron\Texaco | A | Dividend | J | T | | | | | |
| 20.  - C SH Johnson\Johnson | A | Dividend | J | T | Sold (part) | 4\17 | J | A | No. Trust Bank |
| 21.  - C SH Pepsico | A | Dividend | J | T | Sold (part) | 10\13 | J | A | No. Trust Bank |
| 22.  - C SH Texas Inst. | A | Dividend | | | Sold | 4\17 | J | | No. Trust Bank |
| 23.  - C SH United Tech | A | Dividend | J | T | Sold (part) | 4\17 | J | A | No. Trust Bank |
| 24. | | | | | Sold (part) | 10\13 | J | A | No. Trust Bank |
| 25.  - C Corp Bond units - Am. Express Co | A | Interest | | | Sold (part) | 4\17 | J | A | No. Trust Bank |
| 26. | | | | | Sold | 10\8 | J | | No. Trust Bank |
| 27.  - Bank of America (CD) | A | Interest | L | | Open | 1\31 | L | | BOA |
| 28.  - SH MFB No FDS STK Index Fund (Nosix) | A | Dividend | K | T | Buy (add'l) | 4\18 | J | | No. Trust Bank |
| 29. | | | | | Buy (add'l) | 7\22 | J | | No. Trust Bank |
| 30. | | | | | Buy (add'l) | 10\14 | K | | No. Trust Bank |
| 31.  - SH MFB No Int'l Equity Index Fund (Noinx) | A | Dividend | J | T | Buy (add'l) | 4\8 | J | | No. Trust Bank |
| 32. | | | | | Sold (part) | 7\22 | J | A | No. Trust Bank |
| 33. | | | | | Sold (part) | 10\14 | K | | No. Trust Bank |
| 34.  - SH MFB No Mid Cap Index Fund (Nomix) | A | Dividend | J | T | Buy (add'l) | 4\18 | J | | No. Trust Bank |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 7\22 | J | | No. Trust Bank |
| 36. | | | | | Sold (part) | 10\14 | J | | No. Trust Bank |
| 37.  - C SH Franklin Res. Inc (BEN) | A | Dividend | | | Sold | 4\17 | J | | No. Trust Bank |
| 38.  . - C SH P&G | A | Dividend | J | T | | | | | |
| 39.  - C SH Walgreens | A | Dividend | | | Sold | 3\27 | J | | No. Trust Bank |
| 40.  -C SH Accenture Ltd. Bermuda | A | Dividend | J | T | | | | | |
| 41.  -C SH AFLAC | A | Dividend | J | T | Sold (part) | 4\22 | J | A | No Trust Bank |
| 42.  -C SH Amerprise | A | Dividend | | | Sold | 4\22 | J | | No. Trust Bank |
| 43.  -C SH Apple | | None | J | T | Sold (part) | 10\16 | J | | No. Trust Bank |
| 44.  -C SH Becton,Dickinson | A | Dividend | | | Sold (part) | 4\22 | J | A | No. Trust Bank |
| 45. | | | | | Sold | 10\16 | J | | No. Trust Bank |
| 46.  - C SH Emerson Electric | A | Dividend | J | T | | | | | |
| 47.  - C SH Goldman Sachs | A | Dividend | | | Sold | 9\15 | J | | No. Trust Bank |
| 48.  - C SH Hewlett Packard | A | Dividend | J | T | | | | | |
| 49.  - C SH Kellogg | A | Dividend | J | T | Sold (part) | 10\13 | J | | No. Trust Bank |
| 50.  - C SH Mcdonalds | A | Dividend | J | T | Sold (part) | 10\13 | J | A | No. Trust Bank |
| 51.  - C SH Medco | | None | J | T | Sold (part) | 4\17 | J | A | No. Trust Bank |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 10\13 | J | A | No. Trust Bank |
| 53. - C SH Nat'l Oilwell Varco | | None | J | T | | | | | |
| 54. - C SH Prudential Fin. | A | Dividend | | | Sold | 11\19 | J | | No. Trust Bank |
| 55. - C SH Schlumberger Ltd. | A | Dividend | J | T | | | | | |
| 56. - C SH Starbucks | | None | | | Sold | 4\17 | J | | No. Trust Bank |
| 57. - C SH Transoceanic | | None | | | Sold | 10\13 | J | | No. Trust Bank |
| 58. - C SH Verizon | A | Dividend | J | T | Sold (part) | 10\13 | J | | No. Trust Bank |
| 59. - C SH Wachovia | A | Dividend | | | Sold | 4\17 | J | | No. Trust Bank |
| 60. - C-SH Jacobs Engr Group | | None | J | T | | | | | |
| 61. -C SH Rockwell | A | Dividend | | | Sold | 10\13 | J | | No. Trust Bank |
| 62. - C SH Waters Corp | | None | J | T | Sold (part) | 4\17 | J | | No. Trust Bank |
| 63. - C SH Novartis | A | Dividend | | | Sold | 4\22 | J | | No. Trust Bank |
| 64. - C SH Suncor | A | Dividend | | | Sold | 10\13 | J | | No. Trust Bank |
| 65. - SH Arcelormittal Luxemborg | A | Dividend | | | Sold | 10\13 | J | | No. Trust Bank |
| 66. - Corp Units IBM | A | Interest | K | T | | | | | |
| 67. - Corp. Units Cit Grp | B | Dividend | K | T | | | | | |
| 68. - Corp Units Goldman Sachs | C | Dividend | | | Sold | 10\17 | K | | No. Trust Bank |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - SH MFB No. Emerging Mkt Equity Fund ( Noemx) | A | Dividend | J | T | Buy (add'l) | 4\17 | J | | No. Trust Bank |
| 70. | | | | | Buy (add'l) | 7\22 | J | | No. Trust Bank |
| 71. | | | | | Sold (part) | 10\14 | J | | No. Tryst Bank |
| 72. - SH MFB No. Fds Fixed Income FD (NO FIX) | C | Dividend | L | T | Buy (add'l) | 10\14 | L | | No. Trust Bank |
| 73. - SH MFB No. High Yield Fixed Income Fu nd (NHFIX) | B | Dividend | K | T | Sold (part) | 11\20 | J | | No. Trust Bank |
| 74. - SH MFB No. Short Inter. US Govt (NSIU XC) | A | Dividend | K | T | Buy (add'l) | 10\7 | K | | No. Trust Bank |
| 75. - SH MFB No. FDS Global Real Estate Ind ex FD (NGREX) | A | Dividend | | | Buy (add'l) | 4\8 | J | | No. Trust Bank |
| 76. | | | | | Sold | 12\12 | J | | No. Trust Bank |
| 77. - SH MFO Credit Suisse Commodity Fund ( CRSOX) | A | Dividend | J | T | Buy (add'l) | 4\18 | J | | No. Trust Bank |
| 78. | | | | | Sold (part) | 10\16 | J | | No. Trust Bank |
| 79. -ITT Corp. Com. (x) | A | Dividend | J | T | Buy | 4\22 | J | | No. Trust Bank |
| 80. | | | | | Sold (part) | 10\13 | J | | No. Trust Bank |
| 81. - C SH Bank NY Mellon (x) | A | Dividend | | | Buy | 4\22 | J | | No. Trust Bank |
| 82. | | | | | Sold | 10\08 | J | | No. Trust Bank |
| 83. -C SH Baxter Int'l (x) | A | Dividend | J | T | Buy | 4\22 | J | | No. Trust Bank |
| 84. -C SH Costco (x) | A | Dividend | J | T | Buy | 4\22 | J | | No. Trust Bank |
| 85. | | | | | Sold (part) | 10\16 | J | | No. Trust Bank |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000. | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -C SH Danaher (x) | A | Dividend | | | Buy | 4\22 | J | | No. Trust Bank |
| 87. | | | | | Sold | 10\13 | J | | No. Trust Bank |
| 88. -C SH Disney (x) | A | Dividend | | | Buy | 4\22 | J | | No. Trust Bank |
| 89. | | | | | Sold | 10\11 | J | | No. Trust Bank |
| 90. - C SH JP Morgan Chase (x) | A | Dividend | J | T | Buy | 4\22 | J | | No. Trust Bank |
| 91. - C SH Spectra Energy (x) | A | Dividend | J | T | Buy | 4\22 | J | | No. Trust Bank |
| 92. -MFB No. Multi Mgr Sm Cap (x) NMMSX | | None | J | T | Buy | 7\28 | J | | No. Trust Bank |
| 93. | | | | | Sold (part) | 10\13 | J | | No. Trust Bani |
| 94. -MFC ishares TR US Treas. (TIP) x | A | Interest | J | T | Buy | 1126 | J | | No. Trust Bank |
| 95. - Nortel Networks (x) see Pt. VIII | | | | | Sold | 10\13 | J | A | No. Trust Bank |
| 96. Trust #1 ● | | | | | | | | | |
| 97. - Davis Real Estate Fund Class B | | None | J | T | | | | | |
| 98. - Davis Financial Fund Class B | | None | J | T | | | | | |
| 99. - Eaton Vance WW Health Sciences Fund Class B | | None | J | T | | | | | |
| 100. - Oppenheimer main St. Small Cap. fund CL A | A | Dividend | J | T | | | | | |
| 101. - Putnam Health Sciences Trust CL B | A | Dividend | J | T | | | | | |
| 102. - Putnam Int'l Equity Fund CL B | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 08/13/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Putnam Int'l Capital Opportunities Fund CL B | A | Dividend | J | T | | | | | |
| 104. - Citigroup Diversified Futures Fund L | | None | K | T | | | | | |
| 105. - Annuity - Nationwide Life Insurance Co | | None | K | T | | | | | |
| 106. - Federal Home Loan MTG Corp | A | Interest | J | T | | | | | |
| 107. - Bank Deposit Program - Citibank | A | Interest | J | T | | | | | |
| 108. Brokerage Acct Managed Account Smith Barney ● | B | Dividend | M | T | | | | | |
| 109. CGM Roth Conversion IRA ● Smith Barney | | | | | | | | | |
| 110. -AIM Mid Cap Core Equity Fund CL A | A | Interest | J | T | | | | | |
| 111. - American Balanced Fund CL B | A | Interest | J | T | | | | | |
| 112. - Enterprise Small Co. Value Fund CL B | A | Interest | J | T | | | | | |
| 113. - Growth Fund of America CL B | A | Interest | J | T | | | | | |
| 114. - Morgan Stanley KLD Social Index Fund CL B | A | Interest | J | T | | | | | |
| 115. - Putman Int'l Equity Fund CL B | A | Interest | J | T | | | | | |
| 116. - Seligman Capital Fund CL A | A | Interest | J | T | | | | | |
| 117. - Seligman Cash Mgmt Fund | A | Interest | J | T | | | | | |
| 118. -Seligman Global Tech Fund CL A | A | Interest | J | T | | | | | |
| 119. - Seligman Communications and Informatin fund CL A | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Savings Account ● 1st Nat'l Bank of So. Miami | A | Interest | J | T | | | | | |
| 121. Checking Account ● 1st Nat'l Bank of So. Mimai | A | Interest | J | T | | | | | |
| 122. C SH Eastman Kodak ● | A | Interest | J | T | | | | | |
| 123. C SH Prudential Financial Inc ● | A | Interest | J | T | | | | | |
| 124. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 08/13/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SECTION VII. INVESTMENTS AND TRUSTS.

On last year's report under Trust #1, line 21 ( US Gov. Obligations, Fed Home Ln BKS) and 22 (C-SH BP formerly AMOCO) were listed but do not appear on any of the monthly reports for the year 2008. I do not know their disposition as I do not handle any of the day to day dealings of the trust and that is left entirely in the hands of the co-Trustee Bank. However, they are not any part of the holdings for 2008. It may be the BP was not a partial sale but a full sale and line 34 was another US Govt Obligations that matured, and line 21 may have matured also. In any event, I have no information on them except to say they do not appear whatsoever in the monthly reports as part of the trust for 2008.

On Line 95 I have listed Nortel Networks. There was no purchase of this and the exact wording on the report for August, 2008, reads "Receipt Nortel Networks Corp. New Com New Stk. (NT) Rec'd distribution for Class Period 10\24\00 thru 02\15\02 on Net Class Actio Nortel I Networks Corp. It lists ▇▇▇ of stock, valued at $36 and No. Trust Bank sold the ▇▇▇ on Oct. 13 for $9. 84. As no money was paid for this, I have listed the sale as a gain.

Starting with Trust #1 ▇ these are ▇▇▇ holding listed below it. They are her sole financial interest and responsbility and I derive no interest or benefit from them. Line 107 is listed as a managed account and line 108 is a Roth Conversion IRA. ▇▇▇ has no control over the holdings in these accounts, and I have no further information on them. On Line 107 there is no name associated with it other than their report saying Managed Account. I have listed the brokerage house to help identify it. She neither chooses what is to be sold or bought in her listings.

| Name of Person Reporting | Date of Report |
|---|---|
| HOEVELER, WILLIAM M. | 08/13/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544